# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kendra Burdon, | No. CV-20-00123-TUC-SHR |
| Plaintiff, | **Order Dismissing Case with Prejudice** |
| v. | |
| Pima Pain Center, et al., | |
| Defendants. | |

On March 10, 2023, Plaintiff Kendra Burdon filed a Notice of Voluntary Dismissal with Prejudice, in which she voluntarily dismisses the instant action with prejudice. (Doc. 18.) Accordingly,

**IT IS ORDERED** this action is **DISMISSED with prejudice** and each side party shall bear its own attorney's fees and costs.

**IT IS FURTHER ORDERED** the Clerk shall docket accordingly and close this case.

Dated this 13th day of March, 2023.

Honorable Scott H. Rash
United States District Judge